# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER GOLDMOND

NO. 2026 KW 0602

**AUGUST 10, 2026**

---

In Re:    Christopher Goldmond, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-04272.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED AS PREMATURE.** The petitioner may invoke the supervisory jurisdiction of the court of appeal if the trial court dismisses the application or otherwise denies relief on an application for postconviction relief. La. Code Crim. P. art. 930.6(A). At the time that relator filed this writ application and the supplements, the district court had not acted on his application for postconviction relief. Thus, his request for relief is premature. In the event relator elects to seek review of the dismissal of his application for postconviction relief, he may do so without the necessity of obtaining a return date and the writ application must be filed on or before November 24, 2026. Any future filing on this issue should include the district court's ruling on the application for postconviction relief and only the contents of this application that may assist with reviewing the district court's ruling, and a copy of this ruling.

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT